IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKOLAOS GEORGIOS DELIGKARIS, | |
| Plaintiff, | Case No.: 26-cv-01254 |
| v. | Judge April M. Perry |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendant. | |

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION**

Plaintiff, NIKOLAOS GEORGIOS DELIGKARIS ("Plaintiff") filed an *Ex Parte* Motion for Entry of an Order for leave to conduct Expedited Discovery and Service of Process by Email and/or Electronic Publication (the "Motion") against the fully interactive, e-commerce store operating under the seller alias "JiaHui daily necessit" identified as Defendant No. 1 in Amended Schedule A to the Complaint and attached hereto ("Defendant") and using at least the online marketplace account identified in Amended Schedule A (the "Defendant Internet Store"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendant because Defendant directly targets its business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendant has targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using at least one seller alias, offers shipping to the United States, including Illinois, and has sold products using infringing versions of

1

Plaintiff's federally registered copyright, which is protected by U.S Copyright Registration Nos. VA 2-392-021, VA 2-392-025, VA 2-392-016, and VA 2-392-022 (the "Nick Deligkaris Works") to residents of Illinois. Accordingly, this Court orders that:

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendant, or in connection with the Defendant Internet Store, including, without limitation, any online marketplace platforms such as Temu, LLC ("Temu") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendant, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendant's operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Store and Defendant's financial accounts, including Defendant's sales and listing history related to its Internet Store; and

    c. any financial accounts owned or controlled by Defendant, including its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Temu, or other merchant account providers, payment

       providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

2. Plaintiff may provide notice of the proceedings in this case to Defendant, including notice of this order and any hearings, and service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail addresses provided for Defendant by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "JiaHui daily necessit." The combination of providing notice via electronic publication or e-mail, along with any notice that Defendant receives from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendant of the pendency of the action and afford Defendant the opportunity to present its objections.

3. Defendant or any third party impacted by this Order may move for appropriate relief subject to the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules.

Date: February 25, 2026

                                   *April M. Perry*
                                   _____
                                   April M. Perry
                                   United States District Judge

**Amended Schedule A**

| No. | Defendant |
|---|---|
| 1 | JiaHui daily necessit |